UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

T. A. M. a minor by her mother,                  )
ANGELEETA L. MOTLEY,                             )
                                                 )
                         Plaintiff,              )
                                                 )          1:13-cv-01689-SEB-MJD
            vs.                                  )
                                                 )
CAROLYN W. COLVIN Acting                         )
Commissioner of the Social Security              )
Administration,                                  )
                                                 )
                         Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.


Date: 11/24/2014                    _Sarah Evans Barker_____

                                    SARAH EVANS BARKER, JUDGE
                                    United States District Court
                                    Southern District of Indiana




Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system